

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00752-CV

**IN RE GUARDIANSHIP OF** Hattie **POOLE**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 15, 2016

DISMISSED

Appellant has moved to dismiss this appeal, stating that the underlying guardianship proceeding has been settled pursuant to a mediated settlement agreement. *See* TEX. R. APP. P. 42.1(a). The motion contains a certificate of service to appellee, who has not opposed the motion. We grant appellant's motion and dismiss this appeal. Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM